THE GROCERS SUPPLY CO., INC.
P.O. BOX 14200       ATTN: R/E DEPT
HOUSTON, TX 77221-4200

ASC012000132 127171
EAGLE STAR INCOME TAX
ALI RASHID
1215 MAIN STREET, SUITE A
PASADENA, TX 77506

7705546 0071

EXHIBIT
1