IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JTH TAX, INC. d/b/a LIBERTY TAX SERVICE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAHADUR ALI RASHID, and )<br>TAXES ETC., INC. )<br>)<br>Defendants. ) | Civil Action No. 2:07 cv 452 |

## AFFIDAVIT OF AHSON ANWER

STATE OF TEXAS             §
                           §
COUNTY OF HARRIS           §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Ahson Anwer, and being by me duly sworn on his oath, deposed and stated as follows:

1.  My name is Ahson Anwer. I am over the age of 21 years. I am of sound mind. I have personal knowledge of the facts in this affidavit and I am competent and qualified to testify.

2.  I am the president and 100% owner of BIAS Investments, Inc., a Texas corporation ("BIAS") doing business under the name of Eagle Star Income Tax ("Eagle Star"). (See Attachment 1 hereto, certificate of operation under Assumed Name, dated November 3, 2006.)

3.  I am not an employee or representative of either of the defendants in this matter, B. Ali Rashid or Taxes Etc., Inc.

4.  The total cash receipts of the Eagle Star business, which represents all tax preparation, filing, and related activity of BIAS, is $87,893.40 from the date of its inception to present.

EXHIBIT 1

5. Eagle Star operated four storefront locations during tax season 2007, none of which is in the same building as any Liberty Tax franchise location.

FURTHER, AFFIANT SAYETH NOT.

_____
Ahson Anwer

Sworn and subscribed before me on this 2nd day of November, 2007 to certify which witness my hand and seal of office.

ELIZABETH LONGORIA
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-05-2010

_____
Notary Public in and for the State of Texas

My Commission Expires: April 05, 2010

OFFICE OF
**BEVERLY B. KAUFMAN**
COUNTY CLERK
HARRIS COUNTY, TEXAS

P73450
11/03/2006 PASADENA
$15.00 ASSUM NTRY

This is to acknowledge receipt of certificate of operation under Assumed Name which was filed in my office for
EAGLE STAR INCOME TAX                                          ,
under the file number as shown on the cash register validation above, and indexed in the Assumed Name Records as prescribed by law.

The certificate shows

**BIAS INVESTMENTS, INC.**

to be the owner(s) of said business.

The period (not to exceed 10 years) during which the assumed name will be used is shown as NOVEMBER 3, 2006    through NOVEMBER 3, 2016  .

Whenever there is a change of ownership, a withdrawal certificate shall be executed and duly acknowledged by the person or persons so withdrawing from or disposing of their interest in said business. Until such certificate has been filed, they shall remain liable for all debts incurred in the operation of said business.

Beverly B. Kaufman
County Clerk, Harris County

_____
ELIZABETH ALVAREZ                  Deputy



EXHIBIT A