UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JTH TAX, INC. d/b/a LIBERTY TAX
SERVICE,

          **Plaintiff,**

v.                                        Civil No. 2:07cv452

BAHADUR ALI RASHID, and
TAXES ETC., INC.,

          **Defendants.**

## DISMISSAL ORDER

THIS DAY CAME the parties, by counsel, and represented that all matters in controversy had been resolved and settled;

UPON THE PARTIES' AGREEMENT, and it appearing proper to do so, the Court hereby ORDERS that all claims and counterclaims in this matter be and the same hereby are dismissed with prejudice, each party to bear its own costs.

ENTER:   /s/ _____
                 Jerome B. Friedman
                 United States District Judge
                 (Judge)

DATE: 12/31/07

1

WE ASK FOR THIS:

**JTH Tax, Inc. d/b/a Liberty Tax Service**

By: _____*Carl Khalil*_____

Carl J. Khalil (VSB No. 30250)
Counsel to Plaintif
JTH Tax, Inc. d/b/a/ Liberty Tax Service
1716 Corporate Landing Parkway
Virginia Beach, VA 23454
Telephone number: 757-493-8855
Fax number: 757-493-0169
Email: ckhalil@libtax.com


**Bahadur Ali Rashid, and Taxes Etc., Inc.,**

By: _____

Christopher E. Gatewood, Esq. (VSB No. 45390)
Luder F. Milton, Esq. (VSB No. 71281)
Counsel to Defendants
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
Email: cgatewood@hf-law.com